FILED

2012 AUG -9  PM 5: 17

CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
RIVERSIDE

BY:_____

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WELLS FARGO BANK NATIONAL )    Case No. CV 12-6317-UA (DUTYx)
ASSOCIATION, AS TRUSTEE,       )
                               )
           Plaintiff,     )    ORDER RE: SUMMARY REMAND
                               )    DUE TO IMPROPER REMOVAL
       v.                   )
                               )
ERASMO PEREZ,           )
                               )
           Defendant.    )
_____

On July 23, 2012, Erasmo Perez, lodged a Notice Of Removal, a Complaint for

unlawful detainer and damages, and an application to proceed *in forma pauperis*.

Plaintiff has brought suit in a straight-forward unlawful detainer action in the Los

Angeles County Superior Court. The Court has denied the aforementioned application

under separate cover because this action was not properly removed. As a result, the

Court issues this Order to remand the action to state court.

Plaintiff could not have brought this action in federal court based on federal

question jurisdiction because the underlying matter is a straight-forward unlawful

detainer action. 28 U.S.C. §§ 1331, 1441(a). Further, assuming a claim of diversity

jurisdiction was to be asserted as a basis for removal, the Court notes Plaintiff in the

1

1   unlawful detainer action seeks damages which do not exceed the $75,000 threshold,

2   excluding interest and costs.  28 U.S.C. §§ 1332(a), 1441(b).

3           Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the

4   Superior Court of California, Los Angeles County, 111 North Hill Street, Los Angeles,

5   California 90012, for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c);

6   (2) that the Clerk send a certified copy of this Order to the state court; and (3) that the

7   Clerk serve copies of this Order on the parties.

8

9   **IT IS SO ORDERED.**

10

11  DATED: ___July 31___, 2012

12                                          HONORABLE AUDREY B. COLLINS
                                            Chief United States District Judge

13

14  Presented by:

15

16  _____
    HONORABLE OSWALD PARADA
17  United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28